

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*

United States District Court
Southern District of Texas
**ENTERED**
July 29, 2025
Nathan Ochsner, Clerk

600 E. Harrison St., #201  Phone (956) 548-2554
Brownsville, Texas 78520  Fax (956) 548-2711

Complaint dismissed on
July __29__, 2025

_____
U. S. Magistrate Judge

Honorable Ignacio Torteya
United States Magistrate Judge
Brownsville, Texas

In re:   U. S. vs **ANDY URIEL VILLEDA**

Magistrate's Case No.    B-25-604-MJ

Complaint filed on    July 19, 2025 before

Magistrate Judge    Ignacio Torteya

Dear Magistrate Judge Torteya:

We hereby request that the criminal complaint be dismiss in the above reference case number as to defendant, **ANDY URIEL VILLEDA,** pending further investigation.

Respectfully Submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*s/Angel Castro*
ANGEL CASTRO
Assistant U.S. Attorney
Fed Bar No. 11415
State Bar No. 03997340
600 E. Harrison, Ste. 201
Brownsville, TX 78520
Ph: (956) 983-6008